NEW YORK INCOME CORPORATION, Appellant, v. FRANK
M. WELLS et al., Defendants, and JOHN B. DANIELS,
Respondent.

NEW YORK INCOME CORPORATION, Appellant, v. FRANK
M. WELLS et al., Defendants, and BLAKE-DANIELS CO.,
INC., Respondent.

*Pleading — misjoinder — where demurrer for misjoinder of causes of
action properly sustained.*

N. Y. Income Corporation v. Wells (2 cases), 195 App. Div. 136,
affirmed.

(Submitted November 22, 1921; decided December 6, 1921.)

APPEAL, in each of the above-entitled actions, by per-
mission, from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 4, 1921, which reversed an order of Special
Term overruling a demurrer to the complaint and sus-
tained said demurrers in so far as they were for mis-
joinder.   The grounds of the demurrers so far as sustained
were as follows:  That causes of action have been
improperly united, in that there is a cause of action
against the defendant company and Lawrence E. Blake
which does not affect the other parties, and a cause of
action against the defendant Wells for a breach of duty
to the plaintiff and for fraud, and to require him to sur-
render to it certain capital stock of the defendant com-
pany and demanding an injunction, all of which affect
no other parties; and a cause of action by the plaintiff as
a stockholder and another under sections 90 and 91 of
the General Corporation Law as a creditor of the defend-
ant company, to compel its directors to account for
official action and for the appointment of a receiver; and
another cause of action for the foreclosure of an assign-
ment by the defendant company to the plaintiff of the
pledge of certain rents and for a deficiency judgment
against the individual defendants, and still another cause
of action for the specific performance of an agreement
between the plaintiff and the defendant company   The

following question was certified in both cases: " Does it appear upon the face of the complaint that causes of action have been improperly united? "

*Orville C. Sanborn* for appellant.

*Frank S. Moore* for respondent.

Order in each case affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.